| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Joseph R Manning Jr SBN 223381  Michel J Manning SBN 286879<br>MANNING LAW APC<br>4667 MacArthur Blvd #150<br>Newport Beach CA 92660<br>TELEPHONE NO.:949-200-8755  \| FAX NO.866-843-8308  \| E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Eleanor Burke | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT- CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 W First St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: Western Division | Hearing Date:      Room:<br>Hearing Time:      Dept: |
| PLAINTIFF: Eleanor Burke, an individual | CASE NUMBER: |
| DEFENDANT: BAH a California corporation Inc dba Church's Chicken #171 et al | 2:17 cv 05333 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

Summons in a Civil Action, Civil Cover Sheet, Complaint, Certification and Notice of Interested Parties, New Case Order, Notice of Assignment to United States Judge, Notice to Parties of Court Directed ADR Program

PARTY SERVED: R & R Investment Group LLC a California limited liability company
PERSON SERVED: Mrs Farzana  Manager authorized to accept for Ruby Heung -Agent for Service

DATE & TIME OF DELIVERY: 8/11/2017  12:23 PM

ADDRESS, CITY, AND STATE: 1199 E Anaheim St Long Beach CA

MANNER OF SERVICE:
personally delivering documents

Fee for Service: 69.00
County:
Registration No.:
R.T.O.T Inc
Adrian A Arias
2390 E Orangewood Ave #530
Anaheim, CA 92806
949-305-9108

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 8/11/2017 Anaheim, CA

Signature: *Adrian A Arias*

**PROOF OF SERVICE**

Order#: 112482/General